IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED

05 May 2 PM 5:09

**UNITED STATES OF AMERICA**

v.  No. 05-20151-B

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**JOE HOWELL**

## ORDER CONTINUING ARRAIGNMENT AND
## SPECIFYING PERIOD OF EXCLUDABLE DELAY UNDER THE SPEEDY TRIAL ACT

Defendant's counsel has notified the Court that in the interests of justice that this matter be continued. Pursuant to the Speedy Trial Act, as set in 18 U.S.C. §3161(h)(8)(A), a defendant may be granted a period of excludable delay if the ends of justice are served.

The Arraignment is therefore continued and reset to Wednesday, **June 8, 2005, at 10:00 a.m.** in Courtroom **#6, 3rd Floor**, Federal Building, 167 N. Main Street, Memphis, Tennessee.

It is therefore ORDERED that the time period of **May 2, 2005** through, **June 7, 2005** be excluded from the time its imposed by the Speedy Trial Act for trial of this case, due to the interests of justice.

This 2nd day of ~~March~~ May, 2005.

_Diane K. Vescovo_
Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-2-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20151 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT