IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                            NO. 05-20151

JOE HOWELL,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION TO DETERMINE COMPETENCY
TO STAND TRIAL

---

Before the Court is the defendant's June 23, 2005, motion requesting that the defendant undergo a mental evaluation pursuant to 18 U.S.C. § 4241 and 4247(b). For good cause shown, the defendant, Joe Howell, is ordered to undergo a complete mental evaluation at a suitable federal facility to determine whether he is mentally competent to understand the nature and consequences of the proceedings against him and to assist properly in his own defense and to determine his competency at the time of the offense.

This matter is continued to October 3, 2005, for trial, with a report date on September 26, 2005, at 9:30 a.m. The continuance is necessary to allow the defendant to be examined as to his mental competency and to allow both parties additional time to prepare.

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 7-1-05

Time is excluded under 18 U.S.C. §3161(h)(1)(A) and under 18 U.S.C. § 3161(h)(8)(iv) to allow defendant to undergo a mental evaluation and to allow counsel to prepare.

It is so ORDERED this 30th of June, 2005.

J. Daniel Breen
United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20151 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

James Edward Thomas
LAW OFFICE OF ROBERT LITTLE
744 Broad St.
16th Floor
Newark, NJ 07102

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT